JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOHN SONES, an individual, on behalf of himself, and on behalf of all persons similarly situated, | Case No. CV 09-5389-JVS (RNBx) |
|---|---|
| Plaintiff(s) | **ORDER TO DISMISS ACTION IN ITS ENTIRETY WITHOUT PREJUDICE** |
| v. | |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., | Judge: Hon. James V. Selna |
| Defendant(s). | Trial Date: Not Set |

1   Pursuant to the STIPULATION, it is hereby ordered that this action shall be
2   dismissed in its entirety without Prejudice, with each party to bear its own attorneys'
3   fees and costs.

5   IT IS SO ORDERED.

7   Dated:  November 16, 2009

                                                              _____
                                                              HONORABLE JAMES V. SELNA
                                                              U.S. DISTRICT COURT JUDGE